# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL OWEN and MERCEDES OWEN, | ) Case No. SACV 11-0924-AG(MLGx) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT OF DISMISSAL** |
| Defendants. | ) |
| OCWEN Loan Service LLC, HRB Associates LLC, Sunshine Fields LLC, Pacific Coast Title Company, Attorney Kevin H. Mello, Benjamin Kirk, Sy Ha Ha Leu, Anne Cho, Adriene Pereida Veronica Zevala, Robert Kaltenbach, Senior Manager of Ocwen Loan Service LLC, Joseph Lenin Stalin, Employee of Ocwen Loan Service LLC, Lucy G. Seh, Notary, William McBride, Senior Loan Officer for Ocwen Loan Service LLC, Leisa Seholm, Notary, JP Morgan/Chase Bank of America, Bear Stearns Assets Backed Securities Trust 207 H-E4, a California Corporation, EMC Mortgage Loan Service Company, DBA in Texas and Does 1-30, | ) |

This court having, on September 12, 2011, granted the Motions to Dismiss of defendants HRB Associate, LLC, Ocwen Loan Servicing, LLC (erroneously sued as OCWEN Loan Service LLC), Bank of America, National Association as Successor By Merger to LaSalle Bank National

---

JUDGMENT OF DISMISSAL

-2-

Association, as Trustee for the Registered Holders of Bear Stearns Asset Backed Securities I Trust 2007-HE4 Asset-Backed Certificates, Series 2007-HE-4 (erroneously sued as JP Morgan/Chase Bank of America, Bear Sterns Assets Backed Securities Trust 207 H-E4, a California corporation), Kevin H. Mello, Pacific Coast Title Company, Benjamin Kirk, Lucy G. Seh and Sunshine Fields, LLC,

   IT IS ORDERED that the above-entitled action be, and it hereby is, dismissed in its entirety, with prejudice.

Dated:  September 30, 2011

_____
Hon. Andrew J. Guilford